**No. P67/94.**—Crown Handkerchief, Inc. *v.* United States, protest 66/1241 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of handkerchiefs, not block-printed by hand, similar in all material respects to those

the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.